In the Matter of KENNETH F. SIMPSON, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

TRADES UNION PARTY, Intervener, Respondent.

In the Matter of KENNETH F. SIMPSON, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

ANTI-COMMUNIST PARTY, Intervener, Respondent.

Argued October 27, 1937; decided October 27, 1937.

*Gabriel L. Kaplan* and *Henry G. Van Veen* for petitioner-appellant.

*Walter M. Weis* for City Fusion Party, intervener, in support of appellant.

*Paul Windels, Corporation Counsel (Leonard M. Wallstein, Jr.,* of counsel), for David B. Costuma, a member of the Board of Elections of the City of New York, in support of appellant.

*Irving H. Saypol* and *Leo Kotler* for Trades Union Party, intervener, respondent.

*Frederic C. Bellinger* for Anti-Communist Party, intervener, respondent.

In each proceeding: Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and RIPPEY, JJ. Dissenting: HUBBS and FINCH, JJ.